# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157585(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL ROBERT MANIZAK,
      Defendant-Appellant.

_____/

SC: 157585
COA: 342154
Oakland CC: 2017-261877-FH

      On order of the Chief Justice, the motion of attorney Tracie Gittleman to extend the time for filing her Court-ordered response is GRANTED. The response will be accepted as timely filed if submitted on or before February 8, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk